B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Indiana

In re Debtor 1: Brian Joseph Springer,                    Case No. 18-22277-kl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).
Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the
transfer, other than for security, of the claim referenced in this evidence and notice.

NewRez LLC d/b/a Shellpoint Mortgage
Servicing

                                                          New Residential Mortgage LLC

Name of Transferee                                        Name of Transferor


Name and Address where notices to transferee             Court Claim # (if known): 4-2
should be sent:                                           Amount of Claim: $152,344.50
                                                          Date Claim Filed: 11/06/2019
NewRez LLC d/b/a Shellpoint Mortgage
Servicing
PO Box 10826
Greenville, SC 29603-0826

Phone: (800) 365-7107                                     Phone: 800-365-7107
Last Four Digits of Acct #: 2144                          Last Four Digits of Acct. #: 2144

Name and Address where transferee payments
should be sent (if different from above):


Phone:
Last Four Digits of Acct #:


I declare under penalty of perjury that the information provided in this notice is true and correct
to the best of my knowledge and belief.


By:/s/ Julian Cotton_____          As Authorized Agent          Date:___06/12/2020_____
        Transferee/Transferee's Agent


*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.