B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

Northern District of Indiana

In re  Brian Joseph Springer                    ,          Case No.  18-22277-kl

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| U.S. Bank Trust National Association, as Trustee of BKPL-EG Holding Trust | NewRez LLC d/b/a Shellpoint Mortgage Servicing |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
  c/o Rushmore Loan Management Services
  P.O. Box 55004
  Irvine, CA 92619-2708

Phone:  888.504.6700
Last Four Digits of Acct #:  0222

Court Claim # (if known):  4-2
Amount of Claim:  $152,344.50
Date Claim Filed:  11/06/2019

Phone:  
Last Four Digits of Acct. #:  2144

Name and Address where transferee payments should be sent (if different from above):
  c/o Rushmore Loan Management Services
  P.O. Box 52708
  Irvine, CA 92619-2708

Phone:  888.504.6700
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Molly Slutsky Simons                    Date: 07/19/2021
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.